# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Edward Vaughan

**DEFENDANTS**
Hinsdale Township High School District 86

**(b)** County of Residence of First Listed Plaintiff: Will County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: DuPage County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
James L. DeAno, DeAno & Scarry, LLC, 2100 Manchester Rd., Suite A-101, Wheaton, Il 60187

Attorneys (If Known)

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
Citizen of This State: PTF [X] 1  DEF [X] 1
Incorporated or Principal Place of Business In This State: DEF [X] 4

## IV. NATURE OF SUIT
[X] 445 ADA—Employment

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
42 U.S.C. §12101 - Americans with Disabilities Act (Failure to Hire)

## VIII. REQUESTED IN COMPLAINT:
JURY DEMAND: [X] Yes

## IX. This case [X] is not a refiling of a previously dismissed action.

DATE: 6/25/08
SIGNATURE OF ATTORNEY OF RECORD: /s/ James L. DeAno

FILED: JUNE 25, 2008
08CV3623
JUDGE KENNELLY
MAGISTRATE JUDGE SCHENKIER
TC