U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                               Case Number: 08 CV 3623
Edward Vaughan, Plaintiff
  v.
Hinsdale Township High School District 86, Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Hinsdale Township High School District 86, DuPage County, Illinois

| | |
|---|---|
| NAME (Type or print)<br>Darcee C. Williams | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Darcee C. Williams | |
| FIRM<br>Scariano, Himes and Petrarca, Chtd. | |
| STREET ADDRESS<br>180 N. Stetson, Suite 3100, Two Prudential Plaza | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06276211 | TELEPHONE NUMBER<br>312-565-3100 x247 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD VAUGHAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 3623 |
| | ) | |
| v. | ) | Judge: Kennelly |
| | ) | |
| HINSDALE TOWNSHIP HIGH SCHOOL DISTRICT NO. 86, | ) | Magistrate Judge: Schenkier |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

The undersigned attorney certifies that on this **22nd** day of **July**, **2008**, service of the foregoing *Appearance of Darcee C. Williams* was accomplished pursuant to ECF as to Filing Users and in compliance with L.R. 5.5 as to any party who is not a Filing User, on the following:

> James L. DeAno
> Laura L. Scarry
> DeAno & Scarry, LLC
> 2100 Manchester Road
> Suite A-101
> Wheaton, Illinois 60187

THE CITY OF WAUKEGAN

s/ Darcee C. Williams
BY: One of its Attorneys

PAULETTE A. PETRETTI (ARDC NO. 06203646)
DARCEE C. WILLIAMS (ARDC NO. 06276211)
SCARIANO, HIMES AND PETRARCA, CHTD.
Two Prudential Plaza - Suite 3100
180 North Stetson
Chicago, Illinois 60601-6714
312-565-3100 ext. 247

G:\WP51\COMMON\SD0\SD086D\Vaughn\COS.doc