12050

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD VAUGHAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 CV 3623 |
| | ) | |
| HINSDALE TOWNSHIP HIGH | ) | |
| SCHOOL DISTRICT 86, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

To:     Paulette A. Petretti, Darcee C. Williams
        Scariano, Himes & Petrarca, Chtd., 180 N. Stetson, Suite 3100
        Two Prudential Plaza, Chicago, IL 60601

**PLEASE TAKE NOTICE** that on **July 29, 2008** we have filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, **Waiver of Service of Summons of Hinsdale Township High School District 86,** a true and correct copy of same is attached hereto and hereby served upon you.

Respectfully submitted,

By:     s/James L. DeAno
        DeANO & SCARRY

James L. DeAno
A.R.D.C. 6180161
DeAno & Scarry, LLC
2100 Manchester Road
Suite A101
Wheaton, IL 60187
(630) 690-2800; Fax: (630) 690-2853

### CERTIFICATE OF SERVICE

I, James L. DeAno, an attorney, certify that a copy of this Notice of Filing and above-mentioned document were served upon the attorneys of record and parties via electronic filing from 2100 Manchester Road, suite A 101, Wheaton, IL 60187, before 5:00 p.m. on **July 29 2008.**.

s/James L. DeAno

S:\Case Files\12033.Vaughn\12033.Pleadings\12033.NOF.2008.07.29.doc