# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Edward Vaughan

                                   Plaintiff,

v.                                                   Case No.: 1:08–cv–03623
                                                          Honorable Matthew F. Kennelly

Hinsdale Township High School District 86

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing pursuant to Rule 16(b) held on 8/20/2008. Deadline for response to complaint is extended to 8/28/2008. Rule 26(a)(1) disclosures are to be made by 9/10/2008. Status hearing set for 9/9/2008 at 09:00 AM., with attorneys by telephone for the purpose of discussing the possibility of settlement. Deadline for amending pleadings and adding parties is 10/10/2008. All discovery ordered closed 12/19/2008. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.