IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **EDWARD VAUGHAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.                                                  ) | No.     08 CV 3623 |
| ) | Judge Kennelly |
| **HINSDALE TOWNSHIP HIGH**      ) | Magistrate Schenkier |
| **SCHOOL DISTRICT 86,**                  ) | |
| ) | |
| **Defendant.**                                ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on August 28, 2008, Defendant caused to be filed, via the U.S. District Court for the Northern District of Illinois Electronic Filing System, ***Board of Education's Motion to Dismiss Counts II and III of Plaintiff's Complaint***, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that we will appear before the Honorable Judge Kennelly, or any Judge sitting in his place or stead, in the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn, Court Room 2103, Chicago, Illinois 60101 on September 4, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached Motion.

Dated this 28th day of August, 2008.

                                                              Respectfully submitted,

                                                              BOARD OF EDUCATION OF HINSDALE
                                                              TOWNSHIP HIGH SCHOOL DISTRICT 86

                                        By:     s/ Paulette A. Petretti_____
                                                  One of the Board of Education's Attorneys

PAULETTE A. PETRETTI, ESQ./ARDC No. 06203646
DARCEE C. WILLIAMS, ESQ./ARDC No. 06276211
SCARIANO, HIMES ANMD PETRARCA, CHTD.
Two Prudential Plaza – Suite 3100
180 North Stetson
Chicago, IL  60601-6714
(312) 565-3100, ext. 245
NYSG:\WP51\COMMON\SD0\SD086D\Vaughn\NOM.doc

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that she caused a copy of the foregoing *Notice of Motion* to be served upon Counsel for Plaintiff:

        James L. DeAno (jimdeano@deanoandscarry.com) and
        Laura L. Scarry (lscarry@deanoandscarry.com)
        DeAno & Scarry, LLC
        2100 Manchester Road, Suite A-101
        Wheaton, Illinois 60187

by electronic means by using the U.S. District Court for the Northern District of Illinois Electronic Case Filing System on the 28th day of August, 2008.

Dated this 28th day of August, 2008.

                BOARD OF EDUCATION OF HINSDALE
                TOWNSHIP HIGH SCHOOL DISTRICT 86


                By: s/ Paulette A. Petretti_____
                    One of the Board of Education's Attorneys


PAULETTE A. PETRETTI (ARDC NO. 06203646)
DARCEE C. WILLIAMS (ARDC NO. 06276211)
SCARIANO, HIMES AND PETRARCA, CHTD.
Two Prudential Plaza - Suite 3100
180 North Stetson
Chicago, Illinois 60601-6714
312-565-3100 ext. 245