# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Edward Vaughan

                                Plaintiff,

v.                                                    Case No.: 1:08−cv−03623

                                                                 Honorable Matthew F. Kennelly

Hinsdale Township High School District 86

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 4, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motion to dismiss Count II is denied. Motion to dismiss Count III is taken under advisement. Response to motion to dismiss Count III due by 9/25/2008; Reply due by 10/6/2008.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.